UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ET MANAGEMENT & RELATY CORP., et al.,<br><br>              Plaintiffs,<br><br>      -against-<br><br>ATEGRITY SPECIALITY INSURANCE COMPANY,<br><br>              Defendant. | 24-CV-4998 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Complaint was filed on July 2, 2024 and the summons was issued on July 23, 2024.

*See* ECF Nos. 2, 7. The docket does not reflect that the summons and Complaint were properly

served on Defendant. *See* Fed. R. Civ. P. 4(h); N.Y. Bus. Corp. L. § 306.

IT IS HEREBY ORDERED that Plaintiffs submit a letter to the Court by **August 28,**

**2024** describing why Plaintiffs have failed to serve the summons and Complaint as directed by

Rule 4(h) of the Federal Rules of Civil Procedure, or, if Plaintiffs believe that Defendant has

been served, when and in what manner such service was made.

Dated:  August 22, 2024
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge